Submitted on remand from the Oregon Supreme Court March 21, sentence on Count 1 vacated and remanded for resentencing; otherwise affirmed April 27, 2005

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL SHANE KINGERY,
*Appellant.*

01CR1085FE; A119981

111 P3d 1139

Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, and Ernest G. Lannet, Deputy Public Defender, Office of Public Defense Services, for appellant.

No appearance on remand for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Sentence on Count 1 vacated and remanded for resentencing; otherwise affirmed. *State v. Dilts,* 337 Or 645, 103 P3d 95 (2004); *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004), *rev allowed,* 338 Or 488 (2005).